JPML FORM 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 83/05/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- defts. American Postage Machine, Inc., American Postage Machine Properties, Inc., Astro Shuttle Arcades, Inc., Astro Shuttle Arcades Realty, Inc., and Eugene Seneci w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: C.D. California SUGGESTED TRANSFEREE JUDGE: Judge Hatter (ds) |
| 83/05/27 | | APPEARANCES -- ALEXANDER R. SUSSMAN, ESQ. for Bally Midway Mfg. Co.; NICHOLAS J. CONOHUE, ESQ. for Howard Leeds; GERALD KADISH, ESQ. for 1221 Utica Mfg. Corp.; DANIEL KING, ESQ. for American Postage Machine, Inc., American Postage Machine Properties, Inc., Astro Shuttle Arcades, Inc.; Astro Shuttle Arcades Realty, Inc., Captain Lightning and the Fire-Flys, Factory Direct Video, Inc., Eugene Seneci, Barbara Seneci and Harold Wexler; ARTHUR FREILICH, ESQ. for Cynthia Jackson, David Jackson, Ingrid Patricia Jackson, and Roy Richard Jacison; MAURICE CHAVIN, ESQ. for Aki Mizushima; (ds) |
| 83/06/01 | | APPEARANCE -- HAROLD D. PETERSON, PRO SE for Harold Peterson d/b/a A-1 Machines and Dale Drikschneider (ds) |
| 83/06/01 | 2 | Response -- Bally Midway Mfg. Co. -- w/cert. of service and Exhibits A-C (cds) |
| 83/06/24 | | HEARING ORDER -- Setting motion for Panel hearing in Portland, Maine on July 28, 1983 (cds) |
| 83/07/26 | | HEARING APPERANCES FOR JULY 27, 1983, PORTLAND, MAINE Michael McEntee, Esquire for American Postage Machine. Inc., et al. and Eric Cohen, Esq. for Bally Midway Mfg. Co. (rew) |
| 83/08/02 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 553 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BALLY MIDWAY VIDEO GAME COPYRIGHT, TRADEMARK AND ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 2, 1983 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 8/2/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bally Midway Mfg. Co. v. Howard Leeds, etc., et al. | E.D.N.Y. Nickerson | 83-0436 | | | | |
| A-2 | Bally Midway Mfg. Co. v. 1221 Utica MFG. Corp., etc., et al. | E.D.N.Y. Nickerson | 82-2490 | | | | |
| A-3 | Bally Midway Mfg. Co. v. American Postage Machine, Inc., et al. | E.D.N.Y. Nickerson | 82-2700 | | | | |
| A-4 | Midway Mfg. Co. v. Omni Video Games, Inc., et al. | D.R.I. Selya | 81-0252-S | | | | |
| A-5 | Bally Midway Mfg. Co., etc. v. Aloha Properties, Inc., et al. | D.Hawaii Pence | 82-0321 | | | | |
| A-6 | Midway Mfg. Co., etc. v. Dale Drikschneider, et al. | D.Neb. Beam | 81-0243 | | | | |
| A-7 | Midway Mfg. Co. v. United California Enterprises, etc., et al. | C.D.Cal. Hatter | 82-0320 | | | | |
| A-8 | Bally Midway Mfg. Co., etc. v. Billy D. Kegley, etc., et al. | C.D.Cal. Hatter | 82-3034 | | | | |
| A-9 | Midway Mfg. Co., etc. v. Cynthia Jackson, et al. | C.D.Cal. Hatter | 82-1200 | | | | |
| A-10 | Bally Midway v. All Diferent Amusement Machines (d/b/a Adam, Inc), et al. | C.D.Cal. Hatter | 82-5591 | | | | |
| A-11 | Midway Mfg. Co., etc. v. 1001 Plays, Inc., etc., et al. | D.Mass. Nelson | 81-1486 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

---

BALLY MIDWAY MFG. CO. (A-1 thru A-11)
Alexander R. Sussman, Esquire
Fried, Frank, Harris, Shriver
   & Jacobson
One New York Plaza
New York, New York 10004

HOWARD LEEDS
Nicholas J. Donohue, Esquire
Martin, Van de Walle, Guarino
   & Fonohue
17 Barstow Road
Great Neck, New York 11021

1221 UTICA MFG CORP.
Gerald Kadish, Esquire
Forster & Kadish
122 East 42nd Street
Suite 1616
New York, New York 10168

AMERICAN POSTAGE MACHINE, INC.
AMERICAN POSTAGE MACHINE PROPERTIES, INC.
ASTRO SHUTTLE ARCADES, INC.
ASTRO SHUTTLE ARCADES REALTY, INC.
CAPTAIN LIGHTNING AND THE FIRE-FLYS
FACTORY DIRECT VIDEO, INC.
EUGENE SENECI
BARBARA SENECI
HAROLD WEXLER
Daniel King, Esquire
424 Madison Avenue
New York, New York 10017

CYNTHIA JACKSON
DAVID JACKSON
INGRID PATRICIA JACKSON
ROY RICHARD JACKSON
Arthur Freilich, Esquire
Freilich, Hornbaker, Wasserman,
   Rosen & Fernandez
10960 Wilshire Boulevard
Los Angeles, California 90024

AKI MIZUSHIMA
Maurice Chavin, Esquire
1063 Lunaanela Street
Kailua, Hawaii 96734

JACK GUARNERI
JOSEPH LATONA
AMUSEMENT SUPPLY CO.   (No app. rec'd)
Richard Feldman, Esquire
Forster & Kadish
122 East 42nd Street
New York, New York 10017

WIDE ENTERPRISES, INC.   (No app. rec'd)
MARITZA ALVAREZ
Eugene F. Haber, Esquire
300 East 42nd Street
New York, New York 10017

FREDDY'S PIZZERIA, INC.   (No app. rec'd)
Sidney Guran, Esquire
125-20 Queens Blvd.
Kew Gardens, New York 11415

NATHAN'S FAMOUS, INC. (No app. rec'd)
Richard Fabricant, Esquire
Wohl, Loewe, Steltner & Fabricant
10 East 40th Street
New York, New York 10017

GIDERNDA DASHI   (No app. rec'd)
Gidernda Dashi, Esquire
1198 First Avenue
New York, New York

ELLIOT R. PEARSON
GAMEWAYS, INC.
MARCH TOYS, INC.
Thomas Torto, Esquire
2781 Atlantic Avenue
Brooklyn, New York 11207

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 553 -- _____

| | |
|---|---|
| STEVEN SHASTA  (No app. rec'd)<br>Neil G. Markowitz, Esquire<br>295 Bloomfield Avenue<br>Post Office Box 326<br>Caldwell, New Jersey 07006 | WEST MAUI YOUTH CENTER<br> (No app. rec'd)<br>Nelson Christensen, Esquire<br>Post Office Box 1088<br>Lahaina, Maui, Hawaii 96761 |
| ROBERT CONTE  (No app. rec'd)<br>Stephen Ross, Esquire<br>Box 4<br>Cross River, New York 10510 | WILLIE'S FAMILY FUN CENTER<br>  (No app. rec'd)<br>Hayden Burgess, Esquire<br>85 - 794-D Farrington Highway<br>Waianae, Hawaii 96792 |
| JERICHO, INC.  (No app. rec'd)<br>Richard Holman, Esquire<br>Royal Leisure, Inc.<br>1095 Route 110<br>Farmingdale, New York 11735 | F.W. WOOLWORTH CO.  (No app. rec'd)<br>Ken Okamoto, Esquire<br>1800 PRI Tower<br>Grosvenor Center<br>733 Bishop Street<br>Honolulu, Hawaii 96831 |
| OMNI VIDEO GAMES, INC.<br>FERNCREST DISTRIBUTORS, INC.<br>COMPETITIVE VIDEO, INC.  (No app. rec'd)<br>Robert D. Wieck, Esquire<br>Adler, Pollack & Sheehan, Inc.<br>2300 Hospital Trust Tower<br>Providence, Rhode Island 02903 | A-1 MACHINES<br>DALE DIRKSCHNEIDER<br>HAROLD PETERSON<br>Harold Peterson, Pro Se<br>620 So. Saddle Creek<br>Omaha, Nebraska 68106 |
| CHENS INTERNATIONAL, INC.<br>Joseph J. Marchera, Esquire<br>96 Central Avenue<br>Revere, Mass. 02151 | AMERICAN AMUSEMENT MACHINES EQUIPMENT<br> & SERVICE  (No app. rec'd)<br>John E. Kelly, Esquire<br>Pastoriza & Kelly<br>606 Wilshire Boulevard<br>Suite 512<br>Santa Monica, California 90401 |
| ALOHA PROPERTIES, INC.<br>  d/b/a ALOHA LANES  (No app. rec'd)<br>Ernest Yamane, Esquire<br>Suite 411<br>33 South King Street<br>Honolulu, Hawaii 96813 | |
| HAWAIIAN PACIFIC RESORT HOTELS, INC.<br>HILO HAWAIIAN HOTEL (No app. rec'd)<br>Robin R. Horner, Esquire<br>Fujiyama, Duffy & Fujiyama<br>2650 Pacific Trade Center<br>190 South King Street<br>Honolulu, Hawaii 96813 | BILLY D. KEGLEY<br>JOHN C. CLARKE<br>ANGELO TYPOLDOS<br>MICHAEL STONE dba WORLD WESTERN TRADING<br>STAN ROUSSO, INC.<br>TYPALDOS INDUSTRIES, INC.<br>HANSHAW'S JR. MARKET<br>HANSHAW'S LIQUOR<br>HANSHAW'S LIQUOR GROCERIES<br>ALL DIFFERENT AMUSEMENT MACHINES(ADAM,INC)<br>DENNIS ROY<br>Michael McEntee, Esquire<br>9595 Wilshire Boulevard<br>Suite 900<br>Beverly Hills, California 90212 |
| KALAKAUA BOWLING CENTER, INC.<br> (No app. rec'd)<br>Hiram Kamaka, Esquire<br>Suite 210<br>910 Ala Moana Boulevard<br>Honolulu, Hawaii 96814 | |

JPML Form 4                                                                           p. 3

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- _____

ANABELLE'S RESTAURANT (No app. rec'd)
Don H. Teague, Esquire
25124 Narbonne Avenue
Suite 205
Lomita, California 90717

SHELIA HARTMAN
HOWARD HARTMAN
CHICKEN NATURAL (No app. rec'd)
Arthur Kahn, Esquire
8383 Wilshire Boulevard
Suite 424
Beverly Hills, California 90211

1001 PLAYS, INC.
WORLD OF GAMES ARCADE (No app. rec'd)
Douglas G. Moxham, Esquire
Hale and Dorr
60 State Street
Boston, Massachusetts 02109

Unable to determine counsel or address for the following defendants

PHILADELPHIA LOU'S PLACE, INC.
INNOVATIVE SPECIALISTS, INC. d/b/a
   INNOVATIVE FASHIONS
UNITED CALIFORNIA ENTERPRISES

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

---

BALLY MIDWAY MFG. CO. (A-1 thru A-11)
Alexander R. Sussman, Esquire
Fried, Frank, Harris, Shriver
  & Jacobson
One New York Plaza
New York, New York 10004

HOWARD LEEDS
Nicholas J. Donohue, Esquire
Martin, Van de Walle, Guarino
  & Donohue
17 Barstow Road
Great Neck, New York 11021

1221 UTICA MFG. CORP.
Gerald Kadish, Esquire
Forster & Kadish
122 East 42nd Street
Suite 1616
New York, New York 10168

AMERICAN POSTAGE MACHINE, INC.
AMERICAN POSTAGE MACHINE PROPERTIES, INC.
ASTRO SHUTTLE ARCADES, INC.
ASTRO SHUTTLE ARCADES REALTY, INC.
CAPTAIN LIGHTNING AND THE FIRE-FLYS
FACTORY DIRECT VIDEO, INC.
EUGENE SENECI
BARBARA SENECI
HAROLD WEXLER
Daniel King, Esquire
424 Madison Avenue
New York, New York 10017

CYNTHIA JACKSON
DAVID JACKSON
INGRID PATRICIA JACKSON
ROY RICHARD JACKSON
Arthur Freilich, Esquire
Freilich, Hornbaker, Wasserman,
  Rosen & Fernandez
10960 Wilshire Boulevard
Los Angeles, California 90024

AKI MIZUSHIMA
Maurice Chavin, Esquire
1063 Lunaanela Street
Kailua, Hawaii 96734

JACK GUARNERI
JOSEPH LATONA
AMUSEMENT SUPPLY CO.   (No app. rec'd)
Richard Feldman, Esquire
Forster & Kadish
122 East 42nd Street
New York, New York 10017

WIDE ENTERPRISES, INC.   (No. app.rec'd)
Maritza Alvarez
Eugene F. Haber, Esquire
300 East 42nd Street
New York, New York 10017

FREDDY'S PIZZERIA, INC.   (No. app. rec'd)
Sidney Guran, Esquire
125-20 Queens Blvd.
Kew Gardens, New York 11415

NATHAN'S FAMOUS, INC.   (No app. rec'd)
Richard Fabricant, Esquire
Wohl, Loewe, Steltner and Fabricant
10 East 40th Street
New York, New York 10017

GIDERNDA DASHI   (No app. rec'd)
Gidernda Dashi, Esquire
1198 First Avenue
New York, New York

GAMEWAYS, INC.
MARCH TOYS, INC. (No app. rec'd)
Thomas Torto, Esquire
2781 Atlantic Avenue
Brooklyn, New York 11207

STEVEN SHASTA   (No app. rec'd)
Neil G. Markowitz, Esquire
295 Bloomfield Avenue
Post Office Box 326
Caldwell, New Jersey 07006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 553 -- _____

| | |
|---|---|
| ROBERT CONTE      (No app. rec'd)<br>Stephen Ross, Esquire<br>Box 4<br>Cross River, New York 10510<br><br>JERICHO, INC.     (No app. rec'd)<br>Richard Holman, Esquire<br>Royal Leisure, Inc.<br>1095 Route 110<br>Farmingdale, New York 11735<br><br>OMNI VIDEO GAMES, INC.<br>FERNCREST DISTRIBUTORS, INC.<br>COMPETITIVE VIDEO, INC.   (No app. rec'd)<br>Robert D. Wieck, Esquire<br>Adler, Pollack & Sheehan, Inc.<br>2300 Hospital Trust Tower<br>Providence, Rhode Island 02903<br><br>CHENS INTERNATIONAL, INC.   (No app. rec'd)<br>Joseph J. Marchera, Esquire<br>221 Beach Street<br>Revere, Maine 02151<br><br>ALOHA PROPERTIES, INC.<br>d/b/a ALOHA LANES         (No app. rec'd)<br>Ernest Yamane, Esquire<br>Suite 411<br>33 South King Street<br>Honolulu, Hawaii 96813<br><br>HAWAIIAN PACIFIC RESORT HOTELS, INC.<br>HILO HAWAIIAN HOTEL   (No app. rec'd)<br>Robin R. Horner, Esquire<br>Fujiyama, Duffy and Fujiyama<br>2650 Pacific Trade Center<br>190 South King Street<br>Honolulu, Hawaii 96813<br><br>INNOVATIVE SPECIALISTS, INC. d/b/a<br> INNOVATIVE FASHIONS (No app. rec'd<br>Scott Nakagawa, Esquire<br>Suite 200<br>210 South Hotel Street<br>Honolulu, Hawaii 96813<br><br>KALAKAUA BOWLING CENTER, INC.<br>(No app. rec'd)<br>Hiram Kamaka, Esquire<br>Suite 210<br>910 Ala Moana Boulevard<br>Honolulu, Hawaii 96814 | SEARS ROEBUCK & CO.   (No app. rec'd)<br>Richard Stifel, Esquire<br>Goodsill, Anderson and Quinn<br>1600 Castle and Cooke Building<br>130 Merchant Street<br>Honolulu, Hawaii 96813<br><br>WEST MAUI YOUTH CENTER   (No app. rec'd)<br>Nelson Christensen, Esquire<br>Post Office Box 1088<br>Lahaina, Maui, Hawaii 96761<br><br>WILLIE'S FAMILY FUN CENTER (No app. rec'd)<br>Hayden Burgess, Esquire<br>85 - 794-D Farrington Highway<br>Waianae, Hawaii 96792<br><br>F.W. Woolworth Co.    (No app. rec'd)<br>Ken Okamoto, Esquire<br>1800 PRI Tower<br>Grosvenor Center<br>733 Bishop Street<br>Honolulu, Hawaii 96831<br><br>DALE DRIKSCHNEIDER<br>HAROLD PETERSON d/b/a A-1 MACHINES<br>_____<br>Harold D. Peterson<br>620 So. Saddle Creek<br>Omaha, Nebraska 68106<br><br><br>AMERICAN AMUSEMENT MACHINES EQUIPMENT<br>  & SERVICE   (No app. rec'd)<br>John E. Kelly, Esquire<br>Pastoriza & Kelly<br>606 Wilshire Boulevard<br>Suite 512<br>Santa Monica, California 90401<br><br>UNITED CALIFORNIA ENTERPRISES<br>(No app. rec'd)<br>Stephen F. Rhode, Esquire<br>1880 Century Park East<br>Suite 411<br>Los Angeles, California 90067<br><br>BILLY D. KEGLEY<br>JOHN C. CLARKE<br>ANGELO TYPOLDOS<br>JOLLY-MAR, INC.<br>DUCK'S  DONUTS<br>HANSHAW'S JR. MARKET<br>(Continue on next page) |

JPML Form 4                                                                 p. 3

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- _____

HANSHAW'S LIQUOR
HANSHAW'S LIQUOR GROCERIES
ALL DIFFERENT AMUSEMENT MACHINES
(No app. rec'd)
Michael McEntee, Esquire
9595 Wilshire Boulevard
Suite 700
Beverly Hills, California 90212

ANABELLE'S RESTAURANT   (No app. rec'd)
Don H. Teague, Esquire
25124 Narbonne Avenue
Suite 205
Lomita, California 90717

SHELIA HARTMAN
HOWARD HARTMAN
CHICKEN NATURAL   (No app. rec'd)
Arthur Kahn, Esquire
8383 Wilshire Boulevard
Suite 424
Beverly Hills, California 90211

1001 PLAYS, INC.
WORLD OF GAMES ARCADE   (No app. rec'd)
Douglas G. Moxham, Esquire
Hale and Dorr
60 State Street
Boston, Massachusetts 02109

d/b/a TOM TOM        (No app. rec'd)
Joseph Fonte, Esquire
22 West First Street
Mount Vernon, NewYork 10550

PHILADELPHIA LOU'S PLACE, INC.
(Unable to determine Counsel)

Common Party -- Bally Midway Mfg. Co. (pltf.)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Howard Leeds d/b/a Tom Tom | A-1 |
| ~~d/b/a Tom Tom~~ | A-1 |
| 1221 Utica MFG Corp. | A-2 |
| Jack Guarnieri | A-3 |
| Joseph Latona | A-2 |
| Amusement Supply Co. | A-2 |
| Wide Enterprises, Inc. | A-2 |
| Maritza Alvarez | A-3 |
| Freddy's Pizzeria, Inc. | A-2 |
| Nathan's Famous, Inc. | A-2 |
| Gidernda Dashi | A-2 |

p. 2

| | |
|---|---|
| Gameways, Inc. | A-2 |
| March Toys, Inc. | A-2 |
| Steven Shasta | A-2 |
| Captain Lightning and the Fire Flies, Inc. | A-2 |
| Steven Khadaroo | A-2 |
| Robert Conte | A-2 |
| Jericho, Inc. | A-2 |
| American Postage Machine, Inc. | A-3 |
| American Postage Machine Properties, Inc. | A-3 |
| Astro Shuttle Arcades Inc. | A-3 |
| Astro Shuttle Arcades Realty, Inc. | A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Factory Direct Video, Inc. | A-3 |
| Eugene Seneci | A-3 |
| Barbara Seneci | A-3 |
| Harold Wexler | A-3 |
| Omni Video Games, Inc. | A-4, ~~Aeedb~~ |
| Ferncrest Distributors, Inc. | A-4 |
| Competitive Video, Inc. | A-4 |
| Chens International, Inc. | A-4 |
| Aloha Properties, Inc. | A-5 |
| d/b/a Aloha Lanes | A-5 |
| Hawaiian Pacific Resort Hotels, Inc. | A-5 |

| | |
|---|---|
| Hilo Hawaiian Hotel | A-5 |
| Innovative Specialists, Inc. d/b/a/ Innovative Fashions | A-5 |
| Kalakaua Bowling Center, Inc. | A-5 |
| Aki Mizushima d/b/a/ TT Sales & Service | A-5 |
| Philadelphia Lou's Place, Inc. | A-5 |
| | |
| West Maui Youth Center] | A-5 |
| Willie's Family Fun Center | A-5 |
| F.W. Woolworth Co. | A-5 |
| Dale Drikschneider | A-6 |
| Harold Peterson | A-6 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| United California Enterprises | A-7 |
| American Amusement Machines Equipment & Service | A-7 |
| Billy D. Kegley | A-8 |
| John C. Clarke | A-8 |
| Angelo Typoldos | A-8 |
| Jolly-Mart, Inc. *Settled* | A-8 |
| Chicken Natural | A-8 |
| Anabelle's Restaurant | A-8 |
| Duck's Donuts *Settled* | A-8 |
| Hanshaw's Jr. Market | A-8 |
| Hanshaw's Liquor | A-8 |

p. 6

| | |
|---|---|
| Hanshaw's Liquor Groceries | A-8 |
| Cynthia Jackson | A-9 |
| David Jackson | A-9 |
| Ingrid Patricia Jackson | A-9 |
| Roy Richard Jackson | A-9 |
| All Different Amusement Machines d/b/a/ Adam, Inc.) | A-10 |
| Howard S. Hartman | A-10 |
| Shelia Hartmen | A-10 |
| 1001 Plays, Inc. | A-11 |
| World of Games Arcade | A-11 |
| Chens International, Inc. | A-11 |