AUG -2 1983

DOCKET NO. 553

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BALLY MIDWAY VIDEO GAME COPYRIGHT, TRADEMARK AND ANTITRUST LITIGATION

ORDER DENYING TRANSFER

This litigation consists of eleven actions pending in six districts as follows: four actions in the Central District of California, three actions in the Eastern District of New York, and one action each in the District of Rhode Island, the District of Hawaii, the District of Nebraska and the District of Massachusetts. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize the actions in this litigation in the Central District of California for coordinated or consolidated pretrial proceedings. Movants are four corporations and one individual that are defendants in one New York action; one movant is also named as a defendant, under a different trade name, in another New York action. Bally Midway Mfg. Co., the plaintiff in all actions, opposes the motion.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation may involve some common questions of fact, we are not persuaded that any such common questions of fact will predominate over individual questions of fact present in each action. Furthermore, we note that pretrial proceedings in several actions are well advanced and that the claims against numerous defendants have been settled.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

Schedule A

MDL-553 -- In re Bally Midway Video Game Copyright, Trademark and Antitrust Litigation

### Eastern District of New York

Bally Midway Mfg. Co. v. Howard Leeds, etc., et al., C.A. No. 83-0436
Bally Midway Mfg. Co. v. 1221 Utica Mfg. Corp., etc., et al., C.A. No. 82-2490
Bally Midway Mfg. Co. v. American Postage Machine, Inc., et al., C.A. No. 82-2700

### District of Rhode Island

Midway Mfg. Co. v. Omni Video Games, Inc., et al., C.A. No. 81-0252-S

### District of Hawaii

Bally Midway Mfg. Co., etc. v. Aloha Properties, Inc., et al., C.A. No. 82-0321

### District of Nebraska

Midway Mfg. Co., etc. v. Dale Drikschneider, et al., C.A. No. 81-0243

### District of Massachusetts

Midway Mfg. Co., etc. v. 1001 Plays, Inc., etc., et al., C.A. No. 81-1486

### Central District of California

Midway Mfg. Co. v. United California Enterprises, etc., et al., C.A. No. 82-0320  (J. Hatter)
Bally Midway Mfg. Co., etc. v. Billy D. Kegley, etc., et al., C.A. No. CV82-3034-TJH(JRx)
Midway Mfg. Co., etc. v. Cynthia Jackson, et al., C.A. No. CV82-1200-TJH(JRx)
Bally Midway v. All Different Amusement Machines (d/b/a Adam, Inc.), et al., C.A. No. CV82-5591-TJH(JRx)